# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# KANSAS CITY DIVISION

| | |
|---|---|
| SHARON HAVERSTICK, ) | |
| 2613 Kensington Ave. ) | |
| Kansas City, MO 64127 ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:09-cv-00915-REL |
| vs. ) | Division No. |
| ) | |
| ACCOUNTS RECEIVABLE ) | |
| MANAGEMENT, INC., ) | |
| 9000 Regency Square Blvd. ) | |
| Jacksonville, FL 32211 ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT
### (Unlawful Debt Collection Practices)

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, SHARON HAVERSTICK, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

1

NOTICE OF SETTLEMENT

///

                                          Respectfully Submitted,

DATED: January 7, 2010              KROHN & MOSS, LTD.

                                          By: /s/ Patrick Cuezze
                                                Patrick Cuezze
                                                KROHN & MOSS, LTD.
                                                Attorney for Plaintiff
                                                120 W. Madison St., 10th Fl.
                                                Chicago, Illinois 60602
                                                (816) 931-0911 (direct)