IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| SHARON HAVERSTICK,  )<br>2613 Kensington Ave.  )<br>Kansas City, MO 64127  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>ACCOUNTS RECEIVABLE  )<br>MANAGEMENT, INC.,  )<br>9000 Regency Square Blvd.  )<br>Jacksonville, FL 32211  )<br>)<br>Defendant.  ) | Case No. 4:09-cv-00915-REL<br>Division No. |

## NOTICE OF VOLUNTARY DISMISSAL

SHARON HAVERSTICK (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ACCOUNTS RECEIVABLE MANAGEMENT, INC. (Defendant), in this case.

DATED: March 22, 2010

RESPECTFULLY SUBMITTED,
By: /s/Patrick Cuezze, Esq.
Patrick Cuezze, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd
120 w. Madison St., 10th Fl..
Chicago, IL 60602
(816) 931-0911 (direct)
e-mail: patrick@cuezzelaw.com

VOLUNTARY DISMISSAL

1