IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SHARON HAVERSTICK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ACCOUNTS RECEIVABLE )<br>MANAGEMENT, INC., )<br>)<br>Defendant. )<br>)<br>) | Case No: 09-00915-CV-W-REL |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. No. 4). In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is

ORDERED that this action is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　*/s/ Robert E. Larsen*
　　　　　　　　　　　　　　　　　　ROBERT E. LARSEN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Kansas City, Missouri
March 23, 2010